# EXHIBIT B



1355 Peachtree Street NE, Suite 500, Atlanta, GA 30309-3232 • 404.253.6000

November 18, 2015

R. Ross Burris III
404.253.6010
rburris@polsinelli.com

**Via UPS Delivery**

Lon R. Leavitt
Assistant U.S. Attorney
Office of the United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, Arizona 85004-4408

Re: **Rural/Metro Corporation**
**Civil Investigative Demand No. 15-01 – Sixth Installment**

Dear Mr. Leavitt:

As you are aware, Rural/Metro Corporation ("Rural Metro" or "Company") has retained Polsinelli P.C. in connection with Civil Investigative Demand No. 15-01, dated January 8, 2015 (the "CID") and letter dated September 29, 2015 ("Additional Request") requesting the production of additional documents for this CID. Pursuant to our recent telephone conferences ("Conference") and subsequent email correspondences, this letter, along with the enclosed CD, constitute Rural Metro's sixth installment of responsive documents ("Sixth Installment"). A password to access the files on the CD will follow this letter be sent via electronic mail.

This production is comprised of documents and information related to the patient records detailed in the excel worksheet provided to us by your office ("Worksheet") in the Additional Request, contained in a responsive Excel spreadsheet and in 1 discrete PDF document (233 pages). *See RMA2015_002251 through RMA2015_002483.*

As with the First Installment, the Company has informed us that the documents in the Bates ranges set forth above respond to specific requests from the CID. However, these documents may respond to multiple requests from the CID. The Company intentionally did not produce the same document multiple times pursuant to each of the separate requests contained in the CID, nor did the Company cross-reference each item being produced and determine whether it would apply to multiple requests in the CID. Instead, the Company has indicated the most relevant section of the CID as justification for producing the particular document.

Please also note that we continue to reserve all rights and privileges discussed in our letter dated February 15, 2015 ("First Installment Letter"), which accompanied the First Installment. In addition, we hereby renew and reaffirm our requests for confidentiality, notice,

polsinelli.com

Atlanta   Chicago   Dallas   Denver   Kansas City   Los Angeles   New York   Phoenix   St. Louis   Washington, D.C.   Wilmington
Polsinelli PC, Polsinelli LLP in California
51704172.2

Lon R. Leavitt
November 18, 2015
Page 2 of 2



1355 Peachtree Street NE, Suite 500, Atlanta, GA 30309-3232 • T 404.253.6000 • F 404.253.6060 • **polsinelli.com**

and HIPAA protection, as outlined in the First Installment Letter, with respect to this Sixth Installment.

    As discussed, this Fifth Installment contains all remaining patient transport records listed in the Worksheet, minus those referenced above which will be sent early next week. We appreciate your willingness to work with our client on the scope of the CID, and look forward to assisting you in resolving your investigation in as timely a manner as possible. Please do not hesitate to contact me should you have any questions or concerns.

                              Sincerely,

                              R. Ross Burris, III

Enc.

cc:    Barry D. Alexander

