1

2
Melissa Ho
Polsinelli PC
3
One East Washington, Suite 1200
Phoenix, AZ 85004
4
(602) 650-2000
mho@polsinelli.com
5

6
R. Ross Burris, III (pro hac vice)
Polsinelli PC
7
1201 W Peachtree St. NW, Suite. 1100
Atlanta, GA 30309
8
(404) 253-6000
rburris@polsinelli.com
9

10
Asher D. Funk (pro hac vice)
Kevin M. Coffey (pro hac vice)
11
Polsinelli PC
150 N Riverside Plaza, Suite. 3000
12
Chicago, IL 60606
(312) 819-1900
13
afunk@polsinelli.com
kcoffey@polsinelli.com
14

15
Attorneys for Defendant

16

17
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

18

19
Ralph Vassallo, et al.,

20
       Plaintiffs

21
vs.

22
Rural/Metro Corporation, et al.,

23
       Defendants

24

25

26

No. CV-15-00119-PHX-SRB

**PROPOSED ORDER**

**DEFENDANT'S MOTION TO STRIKE RELATORS FIRST AMENDED COMPLAINT**

Having considered Defendant Rural/Metro Corporation and Rural Metro Operating

Company, LLC's (collectively, "Rural/Metro") Motion to Strike Relators' First Amended

Complaint, the Court hereby rules as follows:

58367045.2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

| Amended Complaint Paragraphs | Ruling |
|---|---|
| 178-188 | Motion to Strike Par. 178-188:<br><br>**Granted** ☐   **Denied** ☐ |
| 189-200 | Motion to Strike Par. 189-200<br><br>**Granted** ☐   **Denied** ☐ |
| 201-209 | Motion to Strike Par. 201-209<br><br>**Granted** ☐   **Denied** ☐ |
| 210-221 | Motion to Strike Par. 210-221<br><br>**Granted** ☐   **Denied** ☐ |
| 222-231 | Motion to Strike Par. 222-231<br><br>**Granted** ☐   **Denied** ☐ |
| 232-238 | Motion to Strike Par. 232-238<br><br>**Granted** ☐   **Denied** ☐ |
| 239-248 | Motion to Strike Par. 239-248<br><br>**Granted** ☐   **Denied** ☐ |
| 249-258 | Motion to Strike Par. 249-258<br><br>**Granted** ☐   **Denied** ☐ |
| 259-265 | Motion to Strike Par. 259-258 |

2

58367045.2

| | |
|---|---|
| | **Granted** ☐   **Denied** ☐ |
| 266-272 | Motion to Strike Par. 266-272<br><br>**Granted** ☐   **Denied** ☐ |

Relators are hereby granted leave to amend their First Amended Complaint consistent with this Order and shall:

1.  remove all stricken paragraphs as set forth in the Order above;

2.  remove any and all references and/or internal citations to the stricken paragraphs as set forth in the Order above, and;

3.  not amend, modify or add any new facts or allegations, beyond those found in the First Amended Complaint.

IT IS SO ORDERED.

3

58367045.2