Richard J. Harris, AZ Bar #013859
Richard J. Harris Law, P.C.
4000 Hickory Fairway Dr.
Woodstock, GA 30188
Telephone (678) 733-1408
rjharrislaw@gmail.com

David C. Larkin, AZ Bar #006644
DAVID C. LARKIN, P.C.
6909 West Ray Road, Suite 15-133
Chandler, Arizona  85226
Telephone (480) 491-2900
david@davidlarkinlaw.com

James B. Helmer, Jr. (pro hac vice)
Robert M. Rice (pro hac vice)
Erin M. Campbell (pro hac vice)
James A. Tate (pro hac vice)
Helmer, Martins, Rice
 & Popham Co., L.P.A.
600 Vine Street, Suite 2704
Cincinnati, OH 45202
Telephone (513) 421-2400
support@fcalawfirm.com

Attorneys for Relators

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America *ex rel.* **Ralph Vassallo and Laura Spahn,** | **No. CV-15-00119-PHX-SRB** |
| Relators, | **DECLARATION OF RICHARD HARRIS** |
| v. | |
| **Rural/Metro Corporation, et al.** | **Assigned to the Honorable Susan R. Bolton** |
| Defendants. | |

1.     My name is Richard J. Harris and I am counsel for the Plaintiffs/Relators Ralph Vassallo and Laura Spahn in this action.  I have personal knowledge of the facts stated herein.

2.     In January 2015, the United States Government through its Assistant United States Attorney, Lon Leavitt ("AUSA Leavitt") sent me a copy of a Civil Investigative Demand ("CID") which he said he had served on Defendants earlier in January 2015.

**EX A**

3.   Between February and November 2015, AUSA Leavitt provided me and Relators with copies of documents which he informed me Rural/Metro had produced as responsive to the CID, including transport claims, dispatch information and associated patient medical documentation.

4.   The documents Rural/Metro produced and which AUSA Leavitt forwarded to me during this 2015 period were bates numbered RMA-2015 00001-02483.

5.   Between March and May 2016, AUSA Leavitt produced to me and to Relators additional documents which he explained Rural/Metro had were provided to the Government.

6.   These supplemental response documents produced in 2016 were bates numbered R/M AZ-2016 00001-00432 and contained new dispatch protocol information that was responsive to the Government's CID, but which was not included in the prior R/M productions provided to me and Relators by the Government.

7.   AUSA Leavitt indicated to me that he had shared with me and Relators copies of all the batesed documents produced by Rural/Metro in 2015 and 2016.

8.   On July 21, 2016, I participated in a meeting between AUSA Leavitt and Rural/Metro representatives in Phoenix, AZ.

9.   During the course of that meeting, Rural/Metro used PowerPoint slides to present information from documents that had already been produced in connection with the CID.

10.  Rural/Metro did not produce to me any new documents at the July 21, 2016 meeting.

11.  Prior to the Court's Order approving sealing of exhibits to the motion to strike, neither Defendants nor the Government provided me or Relators with a copy of the Defendants' PowerPoint presentation, despite Rural/Metro having told me during the July 21, 2016 meeting that Rural/Metro would provide me a copy.

12.  I first received a copy of Rural/Metro's PowerPoint presentation on Thursday May 4, 2017 at 4:01 p.m. EDT, the day after Court issued its Order permitting Rural/Metro to serve its sealed exhibits on Relators.  Doc. 54.

13.  Following the unsealing of this case, Relators' counsel amended Relators' Complaint to

-2-

**EX A**

1  provide additional specificity and detail to their claims based on factual information in

2  Relators' possession and not derived from the Government, including information used to

3  plead Examples 11 to 13.  In addition, in pleading Examples 1-10,  Relators included factual

4  information based on the claims, dispatch information and patient medical records responsive

5  to the Government's CID served on Rural/Metro.

6  14.    None of the additional specificity and detail in the Amended Complaint was derived from

7  Rural/Metro's PowerPoint presentation or anything communicated in the July 21, 2016

8  meeting.

9  15.    Before filing the Amended Complaint, I secured permission from AUSA Leavitt for Relators

10  to use the information produced by Rural/Metro in response to the CID to provide additional

11  detail and examples of Rural/Metro's false claims in the Amended Complaint.

12  16.    I declare under penalty of perjury under the laws of the United States of America that

13  the foregoing is true and correct.

14  DATED this May 12, 2017.

15  By:    /s/ Richard Harris

16  Richard J. Harris

17

18

19

20

21

22

23

24

25

26

27

28

-3-

**EX A**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EX A**