Richard J. Harris, AZ Bar #013859
Richard J. Harris Law, P.C.
4000 Hickory Fairway Dr.
Woodstock, GA 30188
Telephone (678) 733-1408
rjharrislaw@gmail.com

David C. Larkin, AZ Bar #006644
DAVID C. LARKIN, P.C.
6909 West Ray Road, Suite 15-133
Chandler, Arizona 85226
Telephone (480) 491-2900
david@davidlarkinlaw.com

James B. Helmer, Jr. (pro hac vice)
Robert M. Rice (pro hac vice)
Erin M. Campbell (pro hac vice)
James A. Tate (pro hac vice)
Helmer, Martins, Rice
 & Popham Co., L.P.A.
600 Vine Street, Suite 2704
Cincinnati, OH 45202
Telephone (513) 421-2400
support@fcalawfirm.com

Attorneys for Relators

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America** *ex rel.* **Ralph Vassallo and Laura Spahn**, <br><br> Relators, <br><br> v. <br><br> **Rural/Metro Corporation**, et al. <br><br> Defendants. | CV-15-00119-PHX-SRB <br><br> **RELATORS' MOTION TO COMPEL DEFENDANTS TO PARTICIPATE IN A CIVIL RULE 26(f) CONFERENCE** <br><br> Assigned to the Honorable Susan R. Bolton |

Pursuant to Federal Rules of Civil Procedure 1 and 26(f), Relators Ralph Vassallo and Laura Spahn hereby request that the Court compel Defendants to participate in the discovery planning conference required by Civil Rule 26(f). The Civil Rules "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding." Civil Rule 1.

1  Despite repeated requests, Defendants refuse to participate in a Rule 26(f) conference,
2  which has stalled Relators' efforts to prosecute this case.
3      We anticipate that most of the discovery in this case will be electronic.
4  Accordingly, to improve the efficiency of the parties' Rule 26(f) conference, we also
5  request that the Court Order the parties to exchange information regarding electronically
6  stored information ("ESI") prior to the Rule 26(f) conference.

                                 HELMER, MARTINS, RICE
                                 & POPHAM, CO., L.P.A.

                     By:     /s/ Erin M. Campbell
                            Erin M. Campbell, Attorney for Relators
                            Ralph Vassallo and Laura Spahn

**Memorandum of Points and Authorities**

Civil Rule 26(f) requires that the parties confer and create a discovery plan to submit to the Court—a conference which must occur "as soon as practicable[.]"[1] This conference is critical to the orderly prosecution of this case, since discovery is not permitted until the conference is held. In fact, even if written discovery is sent to a party before the Rule 26(f) conference, Rule 26(d) dictates that such discovery will not be considered <u>served</u> on the party—for purposes of deadlines to respond—until the date of the Rule 26(f) conference. As such, a party can delay the start of discovery by refusing to participate in the Rule 26(f) conference. Unfortunately, this is what the Defendants are doing in this case.

It has long been "practicable" for the parties to conduct the Rule 26(f) conference, since Defendants were served with the Amended Complaint over 4 months ago (Doc. 32) and formally appeared in the case over 2 months ago (Doc. 41). Relators have asked Defendants several times to participate in the conference. On the first occasion—after service but before formal appearance—Defendants responded that a conference would be "premature" because they had not yet filed a responsive pleading. **Exhibit A** at 6 (4/7/17 e-mail). After Defendants moved to strike the Amended Complaint (Doc. 43), Relators renewed their request for a Rule 26(f) conference, but Defendants continue to decline to hold a Rule 26(f) conference on grounds that the Court has yet to rule on procedural issues. **Exhibit A** at 1, 5 (6/22/2017 and 5/19/2017 e-mails).

As a result of Defendants' refusal to participate in the Rule 26(f) conference, Relators are unable to begin discovery and move this case forward to trial. The Civil Rules preclude such obstruction by explicitly requiring the parties to conduct a conference that not only results in a plan for discovery, but also acts as the starting point for discovery itself. Relators seek nothing more than for Defendants to follow Rule 26(f).

---

[1] Rule 26(f) has a default deadline for the conference—it must be held "at least 21 days before a scheduling conference is to be held or a scheduling order is due under Rule 16(b)." Since this Court has not yet set a date for the Rule 16(b) conference, this default deadline is inapplicable, and the "as soon as practicable" mandate applies.

1   In addition, we anticipate that most of the discovery in this case will be electronic. Therefore, we request that the Court order the parties to exchange information concerning electronically stored information ("ESI") in advance of the conference. Attached as **Exhibit B** for the Court's consideration is a sample ESI checklist used in the Commercial Court of the Superior Court of Maricopa County.

Defendants declined to consider Relators' request that the parties agree to exchange answers to an ESI checklist prior to the Rule 26(f) conference on grounds that a Rule 26(f) conference is premature. **Exhibit A** at 1 (June 23, 2017 email).

Rather, promptly holding a Rule 26(f) conference and exchanging information concerning ESI in advance of that conference comports with the stated purpose of the Civil Rules "to secure the just, speedy, and inexpensive determination of every action and proceeding." Civil Rule 1.

Relators respectfully request that this Motion to Compel be granted, that Defendants be required to participate in a Rule 26(f) conference, and that the Court order that the parties to exchange answers to the ESI checklist attached as **Exhibit B** prior to the Rule 26(f) conference.

HELMER, MARTINS, RICE
& POPHAM, CO., L.P.A.

By:   /s/ Erin M. Campbell
Erin M. Campbell, Attorney for Relators
Ralph Vassallo and Laura Spahn

CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants listed for this matter.

s/ Erin M. Campbell