# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph Vassallo, et al., | No. CV-15-00119-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| Rural/Metro Corporation, et al., | |
| Defendants. | |

The Court has reviewed Relators' Motion to Compel Defendant to Participate in a Civil Rule 26(f) Conference, Defendant's Response in Opposition and the Reply.

IT IS ORDERED granting Relators' Motion to Compel Defendant to Participate in a Civil Rule 26(f) Conference (Doc. 68). Defendant's pending Motion to Strike and lack of answer is not sufficient reason to delay the Rule 26(f) Conference and the Rule 16 Scheduling Conference. The Rule 16 Scheduling Conference will be set by separate order.

Dated this 27th day of July, 2017.

_____
Susan R. Bolton
United States District Judge